UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO. 3:24-mj-1436-MCR

RALPH MORENO, JR.,
JUSTICE DEL CARPIO and
JACKSON REVES

_____/

Defense Atty.: NOEL G. LAWRENCE
CALEB ROWLAND
ANDREW BONDERUD
AUSA: DAVID B. MESROBIAN

| JUDGE: | **Monte C. Richardson** **U.S. Magistrate Judge** | DATE AND TIME | October 1, 2024 11:06 AM – 11:12 AM 6 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | TAPE/REPORTER | Digital |
| INTERPRETER | None Required | PRETRIAL | DANIEL DUMPIT |

CLERK'S MINUTES

PROCEEDINGS:   Detention Hearing

Mr. Lawrence, Mr. Rowland, and Mr. Bonderud informed the Court of Mr. Moreno, Mr. Del Carpio, and Mr. Reves decision to waive their identity hearing, reserving the right to have detention hearings held in the District of Oregon.

Judge Richardson questioned each Defendant regarding their waiver of hearing and found they did so knowingly and voluntarily. WAIVER OF RULE 5(c)(3) HEARINGS FILED IN OPEN COURT. COMMITMENT TO ANOTHER DISTRICT TO ENTER.